**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ALICE MERRETT, § | |
| § | |
| Plaintiff, § | |
| vs. § | Civil Action No. 3:17-cv-02479-N |
| § | |
| ALLSTATE INDEMNITY COMPANY, § | |
| § | |
| Defendant. § | |
| § | |

## PLAINTIFF'S JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 38, 39 and 81(c)(3), Plaintiff, Alice Merrett, files this Jury Demand, and respectfully requests trial by jury on all issues so triable.

Respectfully submitted,

**DALY & BLACK, P.C.**

By: /s/ *David Bergen*
 David Bergen
 State Bar No. 24097371
 2211 Norfolk Street, Suite 800
 Houston, Texas 77098
 Tel: (713) 655-1405
 Fax: (713) 655-1587
 dbergen@dalyblack.com
 **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2017, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

David G. Allen
**Stacy & Conder, LLP**
901 Main Street, Suite 6200
Dallas, TX 75202
(214) 748-5000
(214) 748-1421 Fax
allen@stacyconder.com

**ATTORNEY FOR DEFENDANTS
ALLSTATE INDEMNITY COMPANY**

                                                      */s/ David Bergen*
                                                        David Bergen